UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARRY J. NEAL

CIVIL ACTION

VERSUS

AMERON INTERNATIONAL
CORPORATION, ET AL.

NO. 20-00172-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 61)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's Motion to Remand (Doc. 13). This Report and Recommendation is unopposed. The Magistrate Judge recommends that Plaintiff's Motion to Remand be denied.

Defendants removed this action on March 23, 2020, asserting that the Court has subject matter jurisdiction based on the federal officer removal statute, 28 U.S.C. § 1442(a). Defendants cited the Fifth Circuit's decision in *Latiolas v. Huntington Ingalls, Inc.*, 951 F.3d 286 (5th Cir. Feb. 24, 2020) in support of removal. Defendants argued that the decision constituted an "order or other paper" under 28 U.S.C. § 1446(b)(3), thus permitting the otherwise untimely removal. While Defendants claims would not have been removeable under previous Fifth Circuit jurisprudence, *Latiolas* overruled various decisions to establish that asbestos-related negligence claims were removeable under the federal officer removal statute.

Plaintiff argued in his motion for remand that removal was untimely. Generally, a decision in an unrelated case may not constitute an "order or other paper" under 28 U.S.C. § 1446(b)(3). However, the Magistrate Judge noted that Defendants' claims fall under an exception carved out by *Green v. R.J. Reynolds Tobacco Co.*, 274 F.3d 263 (5th Cir. 2001). The Court in *Green* held that a decision in an unrelated case may constitute an "order" upon which removal can be based where the same party was a defendant in both cases, the cases involve similar factual circumstances, and the decision resolved a legal issue that has the effect of making the case removeable. As Avondale was a defendant in both cases, the facts are incredibly similar, and the *Latiolas* decision resolved a legal issue that made the case removeable, this exception applies. Plaintiff does not object to the Magistrate Judge's analysis.

Having independently considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's **Report And Recommendation (Doc. 61),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 13) is **DENIED**.

Baton Rouge, Louisiana, this 19th day of October, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**